IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROLAND C. ANDERSON, | § | |
| | § | No. 376, 2019 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N18A-11-005 |
| GENERAL MOTORS LLC, | § | |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: March 27, 2020
Decided: April 29, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decisions dated June 27, 2019 and July 30, 2019.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice